# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Juan Carlos Salgado Garcia<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Immigration and Customs Enforcement; David Easterwood, Acting Director, St Paul Field Office Immigration and Customs Enforcement; and Ryan Shea, Sheriff of Freeborn County<br><br>Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-4199 JMB/DJF |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Petitioner Juan S.'s Petition for a writ of habeas corpus is GRANTED in part as follows:
1. Respondents must provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) on or before November 25, 2025.
2. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention.
3. Within seven days of the date of this Order, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release. Further, parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

Date: 11/20/2025                          KATE M. FOGARTY, CLERK